IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hillard, Donna J

Printed: 4/8/08

Case Number: 07 B 02166
Judge: Hollis, Pamela S
Filed: 2/7/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 25, 2008
Confirmed: June 25, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,000.00 |  |
| Secured: |  | 404.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,488.00 |
| Trustee Fee: |  | 108.00 |
| Other Funds: |  | 0.00 |
| Totals: | 2,000.00 | 2,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 1,488.00 | 1,488.00 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | Union Auto Sales | Secured | 0.00 | 0.00 |
| 4. | Midfirst Bank | Secured | 21,032.68 | 404.00 |
| 5. | Capital One | Unsecured | 62.24 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 135.09 | 0.00 |
| 7. | Ford Motor Credit Corporation | Unsecured | 471.98 | 0.00 |
| 8. | Nicor Gas | Unsecured | 152.59 | 0.00 |
| 9. | U.S. Department Of Education | Unsecured | 229.82 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 105.14 | 0.00 |
| 11. | CB USA Sears | Unsecured |  | No Claim Filed |
| 12. | Fingerhut | Unsecured |  | No Claim Filed |
| 13. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 14. | Evergreen Professional Recoveries | Unsecured |  | No Claim Filed |
| 15. | LVNV Funding | Unsecured |  | No Claim Filed |
| 16. | Target | Unsecured |  | No Claim Filed |
| 17. | Merrick Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 23,677.54 | $ 1,892.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 108.00 |
|  | $ 108.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hillard, Donna J | Case Number:  07 B 02166 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  2/7/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

